IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GORDON WILDER<br>*Plaintiff* | CIVIL ACTION<br><br>NO. 17-1158 |
| v. | |
| WELLS FARGO & COMPANY LONG<br>TERM DISABILITY PLAN, *et al.*<br>*Defendants* | |

# ORDER

**AND NOW,** this 9th day of November 2017, upon notification that the issues between Plaintiff and Defendants have been settled, it is hereby **ORDERED** that all claims against said Defendant are **DISMISSED** with prejudice, pursuant to the agreement of the parties. To conform to Local Rule of Civil Procedure 41.1(b), the Clerk of Court is directed to enter this Order and to mark this case closed.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*